IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00467-EWN-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$50,000.00 IN UNITED STATES CURRENCY;
$6,700.00 IN UNITED STATES CURRENCY;
1999 AUDI A6 QUATTRO, and
2006 PAIUTE SIDEWINDER TRAILER,

      Defendants.

---

## ORDER FOR WARRANT FOR
## ARREST OF PROPERTY *IN REM*

---

     Plaintiff has instituted the *in rem* action herein and requested issuance of process.  It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant property should enter.

     IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property *In Rem* for the defendant property shall issue as prayed for and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant property as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

THAT the United States Marshals Service and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT the United States Marshals Service shall GIVE DUE NOTICE BY PUBLICATION  once in a newspaper of general circulation in the Denver, Colorado area, stating that all persons claiming or asserting an interest in the defendant property based on publication must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rule for Admiralty or Maritime Claims and Forfeiture Actions within thirty (30) days of the last date of publication of notice, and shall serve and file their Answers to the Verified Complaint within twenty (20) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado  80202.

DONE at Denver, Colorado, this 12th day of March, 2007.

BY THE COURT:


s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE