IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00467-EWN-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$40,000.00 IN UNITED STATES CURRENCY,
$6,700.00 IN UNITED STATES CURRENCY,
1999 AUDI A6 QUATRO, and
2006 PAIUTE SIDEWINDER TRAILER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Continue Settlement Conference** [Doc. # 37, filed 7/23/2008] (the "Second Motion to Continue") by the claimant, Dan Vo. The Second Motion to Continue is DENIED.

This action is brought by the United States pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 and concerns property allegedly used in connection with or which are the proceeds of illegal drug transactions. Verified Complaint for Forfeiture *In Rem* [Doc. # 1, filed 3/8/2007] at ¶ 17. I held a scheduling conference on April 7, 2008, and set the case for a preliminary pretrial and settlement conference on June 17, 2008. Scheduling Order [Doc. # 24, filed 4/7/2008] at Parts 11(a) and (c). On June 10, 2008, the claimant's attorney filed an Unopposed Motion to Continue Settlement Conference [Doc. # 31] (the "First Motion to Continue") stating that he was set to try a felony case is Colorado state court on June 17, and seeking to continue the preliminary pretrial and settlement conference. I granted the First

Motion to Continue and reset the preliminary pretrial and settlement conference to July 25, 2008, at 3:00 p.m. Minute Order [Doc. # 34, filed 6/11/2008].

Earlier today, the claimant's lawyer filed the Second Motion to Continue. The Second Motion to Continue is identical to the First Motion to Continue, including typographical and spacing errors. The Second Motion to Continue seeks to continue the settlement conference because:

> Undersigned Counsel is set to begin the trial of *People v. Eisenman*, 07CR1512 in Jefferson Count [sic] District Court on June 17, 2008. The *Eisenman* matter is a fifteen count sex assault on a child trial, naming two victims, and is believed to last the better part of two weeks.

Second Motion to Continue at ¶2. The Second Motion to Continue makes no sense, of course. Even if claimant's counsel were set to try a two week sex assault case on June 17, 2008, that would not interfere with his attendance at the preliminary pretrial and settlement conference in this case on July 25, 2008, nearly six weeks later.

IT IS ORDERED that the Second Motion to Continue is DENIED.

IT IS FURTHER ORDERED that the claimant and his counsel shall appear at the preliminary pretrial and settlement conference on July 25, 2008, at 3:00 p.m., **in person**.

Dated July 23, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge