IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00467-EWN-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$40,000.00 IN UNITED STATES CURRENCY,
$6,700.00 IN UNITED STATES CURRENCY,
1999 AUDI A6 QUATRO, and
2006 PAIUTE SIDEWINDER TRAILER,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Amended Unopposed Motion to Vacate Settlement Conference** [Doc. # 37, filed 7/23/2008] (the "Motion to Vacate") by the claimant, Dan Vo. The Motion to Vacate is GRANTED IN PART and DENIED IN PART.

This action is brought by the United States pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 and concerns property allegedly used in connection with or which is the proceeds of illegal drug transactions. Verified Complaint for Forfeiture *In Rem* [Doc. # 1, filed 3/8/2007] at ¶ 17. A preliminary pretrial and settlement conference is set for July 25, 2008, at 3:00 p.m. Minute Order [Doc. # 34, filed 6/11/2008].

I am informed that the parties have reached "an agreement in principle" to settle this case. Consequently, the claimant requests that the settlement conference be vacated, but the Motion to Vacate does not address the preliminary pretrial conference.

IT IS ORDERED that the Motion to Vacate is GRANTED insofar as it seeks to vacate

the settlement conference, but is DENIED with respect to the preliminary pretrial conference, which will proceed as scheduled on Friday, July 25, 2008, at 3:00 p.m. Only counsel need be present at the preliminary pretrial conference.

Dated July 24, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge