IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00467-EWN-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$40,000.00 IN UNITED STATES CURRENCY,
$6,700.00 IN UNITED STATES CURRENCY,
1999 AUDI A6 QUATRO, and
2006 PAIUTE SIDEWINDER TRAILER,

Defendants.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 8, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 25, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge