IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00467-EWN-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$50,000.00 IN UNITED STATES CURRENCY;

$6,700.00 IN UNITED STATES CURRENCY;

1999 AUDI A6 QUATTRO; and

2006 PAIUTE SIDEWINDER TRAILER,

        Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant Dan Vo have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendants $50,000.00 in United States Currency, $6,700.00 in United States Currency, 1999 Audi A6 Quattro, and 2006 Paiute Sidewinder Trailer have been filed;

THAT upon agreement of the parties, the United States shall return to claimant Dan Vo,

through counsel, $10,000.00 of defendant $50,000.00 in United States Currency; the remaining $40,000.00 of defendant $50,000.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

THAT upon agreement of the parties, defendants $6,700.00 in United States Currency, 1999 Audi A6 Quattro, and 2006 Paiute Sidewinder Trailer shall be forfeited to the United States and disposed of in accordance with law

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $40,000.00 of defendant $50,000.00 in United States Currency and all of defendants $6,700.00 in United States Currency, 1999 Audi A6 Quattro, and 2006 Paiute Sidewinder Trailer shall enter in favor of the United States; the United States shall have full and legal title to the defendant Currency and vehicles, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this 21st day of August, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
CHIEF UNITED STATES DISTRICT JUDGE